COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR
## REHEARING EN BANC

Case number:  01-17-00846-CV

Style:        *Jose Gregorio Sandoval v. DISA, Inc; DISA Global Solutions, Inc.*

Type of motion:    Rehearing en banc

Party filing motion:        Appellant

The en banc Court having voted unanimously against rehearing en banc, it is **ordered** that the motion for rehearing en banc is **denied**.  All other pending motions are dismissed as moot.


Judge's signature:    __/s/ Gordon Goodman_____
                      Justice Goodman
                      Acting for the Court

Before: Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.


Date: December 10, 2019